FRANKLIN,
January,
1839.

MARY MITCHELL *v.* HUBBEL MITCHELL.

*(Practice.)*

In this case, which was a petition for a divorce, the court admitted proof of the marriage by reputation, accompanied by proof of the death of the magistrate, reported to have solemnized the marriage, and that the records of the town, in which the magistrate resided, had been examined, and no record of the marriage could be found.

FRANKLIN,
January,
1839.

LYMAN BURGESS AND OTHERS *v.* TOWN OF GEORGIA.

*(Practice.)*

Petition for a committee to lay out a road.  Motion to dismiss on the ground that a road had already been laid out by the selectmen, before the date of this petition, covering the same ground.

*H. R. Beardsley,* for the petitionees, offered on affidavit to prove that fact.

By the court.—An affidavit for that purpose will not be heard.  The court will only examine the petition itself to determine the question of jurisdiction.